AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc. | **DEFAULT** |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:17-cv-02356-JAD-BNW |
| Gonzalez Brothers Incorporated, et al., | |
| | |
| Defendants. | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered against the defendants, jointly and severally, in the amount of $40,000 (which consists of $10,000 in statutory damages and $30,000 in enhanced statutory damages).

| | |
|---|---|
| 12/3/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ S. Denson |
| | Deputy Clerk |